**UNCLAIMED FUNDS**

#60537

FILED
2010 MAR -2 AM 11:14

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

**FEBRUARY 26, 2010**

| | | |
|---|---|---|
| 04-64353 | BRADLEY D HOAGLAND<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413866 FOR $12.46<br>FIA CARD SERVICES<br>PO BOX 15726<br>WILMINGTON, DE 19886-5726 | |
| (0567849) | TODD SHERER<br>LINDA SHERER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413867 FOR $1.82<br>ALLIANCE MED ASSOC<br>PO BOX 2749<br>264 E RICE ST<br>ALLIANCE, OH 44601 | |
| 07-60476 | DEBRA MCMULLEN<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413868 FOR $9.37<br>NATIONAL CITY BANK<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH 45342 | 0 · *<br>12 · 46 +<br>1 · 82 +<br>9 · 37 + |
| 07-61197 | JAMES FERRELL<br>CREDITOR DID NOT CASH CHECK<br>CHECK #413869 FOR $558.52<br>WELLS FARGO HOME MTG<br>MAC #X2501-01D<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328 | 558 · 52 +<br>9 · 37 +<br>591 · 54 * |